United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 14-01566-PMG
Hugh C Turner, II                                                         Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-3          User: cahyen           Page 1 of 1            Date Rcvd: Apr 03, 2014
                              Form ID: 31802         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2014.
db          +Hugh C Turner, II,   9506 Carbondale Dr W,   Jacksonville, FL 32208-1519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2014                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2014 at the address(es) listed below:
     Gordon P. Jones    gjones@epitrustee.com, gjones@ecf.epiqsystems.com
     Max  Story   on behalf of Debtor Hugh C Turner, II max@collinsstorylaw.com, jwasik@collinsstorylaw.com
     United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                            TOTAL: 3

[31802] [Notice of Filing Deficiency]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 North Hogan Street Suite 3−350
Jacksonville, Florida 32202
(904)301−6490

April 3, 2014

Max Story
Collins & Story, PA
233 E Bay Street, Suite 920
Jacksonville, FL 322023456

In re: Hugh C Turner, II                                     Case No. 3:14−bk−01566−PMG
                                                             Chapter 7

   On, April 2, 2014 the debtor(s) filed a voluntary petition under a Chapter 7 of the Bankruptcy Code. The document(s) filed by you are deficient for the reason noted and must be cured within fourteen (14) days or the lesser time specifically noted in the deficiency.   Failure to file these documents may result in the case being referred for a judicial determination and may subject the case to an automatic dismissal in accordance with 11 U.S.C. Section 521.

   Filing, surcharge, or administrative fee prescribed by 28 USC section 1930(a) and/or (b) has not been paid. (Must be filed within 7(seven) days of filing of the petition.)

   TOTAL AMOUNT DUE − $306.00 − PERSONAL CHECKS WILL NOT BE ACCEPTED FROM DEBTORS − ONLY MONEY ORDERS OR CASHIER'S CHECKS MADE PAYABLE TO CLERK, U. S. BANKRUPTCY COURT. DO NOT SEND CASH THROUGH MAIL

   These may not be the only deficiencies in your case. Additionally, if you have not already done so, the documents required by 11 U.S.C. Section 521(a) (1) are to be filed within fourteen (14) days of the filing of the petition. Also, 11 U.S.C. Section 521 requires the filing of additional documents within certain time frames following the filing of a petition.


                Lee Ann Bennett, Clerk of Court
                300 North Hogan Street Suite 3−350
                Jacksonville, FL 32202

Copies furnished to:
Trustee
United States Trustee